MARGOT WEISS, an Infant, by Ruth R. Weiss, Her Guardian ad litem, Respondent, v. ROBERT I. WEISS, Appellant.— Order unanimously affirmed, without costs, with leave to the defendant to amend the answer with respect to the first defense. In said defense as presently pleaded there are no facts set forth to show that the agreement between the parents of plaintiff was merged in any judgment of divorce that would have binding effect upon the rights of the infant-plaintiff or bar her from suing as a beneficiary of said contract. Settle order on notice. Present— Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ. [190 Misc. 687.]

DORIS VILES, Respondent, v. EDWARD WOERMANN, Appellant.— Satisfactory evidence of a postmature birth is lacking in this case and the complainant has thus failed to make a sufficiently convincing showing to sustain the order of filiation. There should be a new trial, with the opportunity to adduce medical evidence. The appeal does not raise the question of the admissibility of the hospital records under section 412 of the Civil Practice Act, so we do not pass upon the admissibility of such records. Evidence relating to the confinement and birth may be obtained by deposition, if not produced at the trial. Order reversed and a new trial ordered, without costs. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.; Shientag, J., dissents and votes to affirm. Settle order on notice.

In the Matter of CHESTER F. X. BERGER, as President of Radio Guild, Local 50, United Office and Professional Workers of America, C.I.O., Appellant. WORLD BROADCASTING SYSTEM, INC., Respondent. (Appeal No. 1.)— Order, denying petitioner's motion to compel respondent to proceed to arbitration, pursuant to a collective bargaining agreement, before an arbitrator designated by the New York State Board of Mediation, with respect to the discharge or layoff of certain of respondent's employees, unanimously affirmed, with $10 costs and disbursements to the respondent. No opinion. Present— Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [191 Misc. 1043.]